# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 12/11/09 and was converted to a case under chapter 7 on 7/5/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joseph Domingo Dela Cruz
1031 Noble Lane
Honolulu, HI 96817

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 09−02912 | xxx−xx−3558 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Gregory T. Dunn<br>841 Bishop Street, Suite 2221<br>Honolulu, HI 96813<br>Telephone number: 808.524.4529 | Richard A. Yanagi<br>1136 Union Mall, #303<br>Honolulu, HI 96813<br>Telephone number: 808.599.0339 |

## Meeting of Creditors

Date: **August 2, 2011**      Time: **03:00 PM**
Location: **US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/3/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 7/5/11 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

**Refer to Other Side for Important Deadlines and Notices**

```
                            United States Bankruptcy Court
                                 District of Hawaii
In re:                                                          Case No. 09-02912-rjf
Joseph Domingo Dela Cruz                                        Chapter 7
        Debtor               CERTIFICATE OF NOTICE
District/off: 0975-1          User: lisa                 Page 1 of 2           Date Rcvd: Jul 05, 2011
                              Form ID: b9a              Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2011.
```
db          +Joseph Domingo Dela Cruz,    1031 Noble Lane,    Honolulu, HI 96817-2830
aty         +Donald L. Spafford, Jr.,    Law Office of Donald L. Spafford, Jr.,    Pauahi Tower, Suite 470,
              1003 Bishop Street,    Honolulu, HI 96813-6400
aty         +Gregory T. Dunn,    841 Bishop Street, Suite 2221,    Honolulu, HI 96813-3921
aty         +James Alvin Hogan,    AmeriCredit Financial Services,    4000 Embarcadero Drive,
              Arlington, TX 76014-4101
980570     ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
             (address filed with court:   APPLIED BANK,     P.O. BOX 10210,    Wilmington, DE 19850)
1004369      Applied Bank,    P.O. Box 17125,    Wilmington, DE 19850-7125
980574       FIRST HAWAIIAN BANK,    P.O. BOX 3200,    Honolulu, HI 96847-0001
997395      +First Hawaiian Bank,    Loan Recovery Center,    P.O. Box 4070,    Honolulu, HI 96812-4070
980576       HSBC,    P.O. BOX 60167,    City of Industry, CA 91716-0167
999199      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
              Norfolk VA 23541-0907
980578      +MANUEL, NINA D.,    336 OLIVE AVENUE, #302,    Wahiawa, HI 96786-1788
980579       MARVIN S.C. DANG, ESQ.,    P.O. BOX 4109,    Honolulu, HI 96812-4109
980580       MEDCAH, INC.,    P.O. BOX 1187,    Kailua, HI 96734-1187
980581       MELVA RICARDO,    1031 NOBLE LANE,    Honolulu, HI 96817-2830
980582       OCEANIC TIME WARNER,    P.O. BOX 30050,    Honolulu, HI 96820-0050
980583      +OTS EMPLOYEES FCU,    811 MIDDLE STREET,    Honolulu, HI 96819-2343
980587      +STATE OF HAWAII,    KAKUHIHEWA BUILDING,    601 KAMOKILA BLVD., SUITE 251,    Kapolei, HI 96707-2035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QRAYANAGI.COM Jul 06 2011 01:23:00      Richard A. Yanagi,    1136 Union Mall, #303,
              Honolulu, HI 96813-2711
980569       EDI: PHINAMERI.COM Jul 06 2011 01:23:00      AMERICREDIT,    P.O. BOX 183593,
              Arlington, TX 76096-3593
984484       EDI: PHINAMERI.COM Jul 06 2011 01:23:00      AmeriCredit Financial Services, Inc.,    PO Box 183853,
              Arlington, TX 76096
980571       EDI: CAPITALONE.COM Jul 06 2011 01:23:00      CAPITAL ONE,    P.O. BOX 5155,    Norcross, GA 30091
980572       EDI: CBCSI.COM Jul 06 2011 01:23:00      CBCS,    P.O. BOX 165025,    Columbus, OH 43216-5025
980573       EDI: CHASE.COM Jul 06 2011 01:23:00      CHASE,    P.O. BOX 15298,    Wilmington, DE 19850-5298
997795       EDI: CAPITALONE.COM Jul 06 2011 01:23:00      Capital One Bank (USA), N.A.,
              by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC 28272-1083
980575       E-mail/Text: Credit@Hickamfcu.org Jul 06 2011 01:29:55      HICKAM FCU,    P.O. BOX 30025,
              Honolulu, HI 96820-0025
980577       EDI: HFC.COM Jul 06 2011 01:23:00      HSBC CARD SERVICES,    P.O. BOX 60102,
              City Of Industry, CA 91716-0102
980584       EDI: PRA.COM Jul 06 2011 01:23:00      PORTFOLIO RECOVERY ASSOCIATES, LLC.,    P.O. BOX 12914,
              Norfolk, VA 23541-0914
983293      +EDI: PRA.COM Jul 06 2011 01:23:00      PRA Receivables Management, LLC,
              As Agent Of Portfolio Recovery Assocs.,    POB 41067,    NORFOLK VA 23541-1067
980585      +EDI: CHASE.COM Jul 06 2011 01:23:00      PROVIDIAN,    P.O. BOX 9007,    Pleasanton, CA 94566
980588      +EDI: RMSC.COM Jul 06 2011 01:23:00      THE HOME DEPOT,    2455 PACES FERRY ROAD,
              Atlanta, GA 30339-1834
980589       EDI: WFFC.COM Jul 06 2011 01:23:00      WELLS FARGO FINANCIAL,    P.O. BOX 5943,
              Sioux Falls, SD 57117-5943
982061      +EDI: WFFC.COM Jul 06 2011 01:23:00      Wells Fargo Bank N A,    4137 121st Street,
              Urbandale IA 50323-2310
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
980586       RICHARD SETO-MOOK
cr*        ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:   AmeriCredit Financial Services, Inc.,     PO Box 183853,
              Arlington, TX   76096)
983239*      Gregory T. Dunn,    841 Bishop Street, Suite 2221,    Honolulu, HI 96813-3921
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2011**                    Signature:    *Joseph Speetjens*